IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRENDA G. JOHNSTON,           :
                              :
     Plaintiff,               :
                              :
vs.                           :     CIVIL ACTION 11-0692-M
                              :
MICHAEL J. ASTRUE,            :
Commissioner of Social Security,:
                              :
     Defendant.               :


JUDGMENT


It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Defendant Michael J. Astrue and against

Plaintiff Brenda G. Johnston.

DONE this 11th day of July, 2012.


s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE